# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148732 & (78)(79)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

MICHAEL EUGENE BARNER,
          Defendant-Appellant.

SC: 148732
COA: 311739
Berrien CC: 2011-003033-FC

_____/

On order of the Court, the motion to add an issue is GRANTED, limited to the issue articulated in the motion. The application for leave to appeal the January 21, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to extend time is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



Clerk

h0616